JOSEPH SCHLESINGER, #87692
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DiANTHONY MOORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-CR-0304 GEB |
| Plaintiff, | **STIPULATION AND ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| v. | |
| DiANTHONY MOORE, | |
| Defendant. | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, DiAnthony Moore, that the Court should grant Mr. Moore's motion for early termination of his term of supervised release and discharge Mr. Moore from supervision.

On March 14, 2013, Mr. Moore moved to terminate supervised release pursuant to 18 U.S.C. § 3583(e)(1) on grounds that he has satisfied the conditions for early termination recommended by the Judicial Conference. Mr. Moore's supervising probation officer, Brenda Barron-Harrell, agrees that early termination is appropriate considering Mr. Moore's success

during the 46 months of supervision he has served. Counsel for the government has reviewed the motion and concurs in Mr. Moore's request. Accordingly, the parties ask that the Court vacate the hearing set for March 29, grant the motion, terminate supervised release, and discharge Mr. Moore from further supervision.

                                              Respectfully submitted,

                                              JOSEPH SCHLESINGER
                                              Acting Federal Defender

Dated: March 25, 2013          /s/ T. Zindel
                                              TIMOTHY ZINDEL
                                              Assistant Federal Defender
                                              Attorney for DiANTHONY MOORE

                                              BENJAMIN B. WAGNER
                                              United States Attorney

Dated: March 25, 2013          /s/ T. Zindel for J. Lee
                                              JUSTIN LEE
                                              Assistant U.S. Attorney

## **O R D E R**

The hearing scheduled for March 29, 2013, is vacated. The Court grants defendant's motion for early termination of supervised release, terminates supervised release, and discharges Mr. Moore from further supervision.

    IT IS SO ORDERED.

Dated: March 25, 2013

                                            GARLAND E. BURRELL, JR.
                                            Senior United States District Judge